JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROWELL EDWARDS,<br><br>　　　　Defendant. | No. CR13-128-RAJ<br><br>ORDER GRANTING MOTION<br>TO SEAL EXHIBITS |

THIS MATTER has come before the undersigned on the motion of Rowell Edwards to file Exhibits 1 and 2 to his Motion for Early Termination of Supervised Release under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the documents under seal.

IT IS ORDERED that Exhibits 1 and 2 be filed under seal.

DATED this 5th day of December, 2022.

_____
HON. RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

ORDER TO SEAL EXHIBITS
(*United States v. Edwards*, CR13-128-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100